**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JAMES PEETZ, individually and on behalf of a class of similarly situated individuals, <br><br>    *Plaintiff*, <br><br>v. <br><br>SPRINT NEXTEL CORP., a Kansas corporation; SPRINT SPECTRUM LP, a Delaware limited liability partnership; NEXTEL WEST CORP., a Delaware corporation; and NEXTEL OF CALIFORNIA, CORP., a Delaware corporation, <br><br>    *Defendants*. | Case No. 08 CV 04061 (D. Kan.)-RDR-KGS <br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ALL COUNTS AGAINST ALL DEFENDANTS WITHOUT PREJUDICE** |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, James Peetz, and Defendants Sprint Nextel Corp., Sprint Spectrum LP, Nextel West Corp. and Nextel of California Corp, by and through their attorneys, hereby stipulates to the voluntarily dismissal of all counts against all Defendants in this case without prejudice. In support of this stipulation, Plaintiff states as follows:

1. On April 4, 2008, Plaintiff filed this putative Class Action Complaint in the District Court of Lyon County, Kansas, case no. 08-cv-79 D02. In his Complaint, Plaintiff alleged that Defendants caused unauthorized charges to be placed on his and other consumers' cellular phone bills without prior consent or authorization. Plaintiff brought claims for Breach of Contract (Count I) and Consumer Fraud (Count II).

2. On May 8, 2008, the Defendants removed this case to the United States District Court, District of Kansas, pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d). (Dkt. No. 1.)

3. On September 12, 2008, Defendants Answered Plaintiff's Complaint. (Dkt. No. 23.)

4. On December 18, 2008, the Court ordered this case stayed until March 17, 2009, pending settlement discussions between the parties. (Dkt. No. 35.) This case was subsequently ordered stayed three more times for the purpose of effectuating settlement through other litigation: March 18, 2009, (Dkt. No. 37), April 29, 2009, (Dkt. No. 42), and July 6, 2009 (Dkt. No. 45).

5. On November 3, 2009, Judge Palmer of the Circuit Court of Cook County signed an order granting preliminary approval to a class action settlement in *Parone v. m-Qube et al.*, Case No. 08-CH-15834. That settlement between consumers and m-Qube, Inc., an "aggregator" of mobile content, includes a release of Plaintiff's claims against Defendants in this matter.

6. Plaintiff James Peetz, as well as Defendants Sprint Nextel Corp., Sprint Spectrum, LP, Nextel West Corp., and Nextel of California, Corp., stipulate to the dismissal of all Claims against all Defendants in this case, without prejudice.

7. Rule 41 of the Federal Rules of Civil Procedure provides in relevant part:

(a) Voluntary Dismissal: Effect Thereof.
(1) By Plaintiff; by Stipulation. Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court . . . (ii) by filing a stipulation of dismissal signed by all parties who have appeared in this action.

Fed. R. Civ. P. 41

8. No class has yet been certified in this matter, and all parties stipulate to the voluntary dismissal of this matter without prejudice. Accordingly, the claims in this case may be dismissed against all Defendants without an Order of Court.

WHEREFORE, the parties in this case agree and stipulated to Plaintiff's voluntary dismissal of all counts against all Defendants, without prejudice.

| | |
|---|---|
| James Peetz, individually and on behalf of all others similarly situated,<br><br>By: /s/ Myles McGuire<br>Myles McGuire<br>KamberEdelson, LLC<br>350 N. LaSalle St., ste. 1300<br>Chicago, IL 60654<br>Tel: 312-589-6370<br>Fax: 312-589-6378<br>*Attorney for Plaintiff* | SPRINT NEXTEL CORP., a Kansas corporation; SPRINT SPECTRUM LP, a Delaware limited liability partnership; NEXTEL WEST CORP., a Delaware corporation; and NEXTEL OF CALIFORNIA, CORP., a Delaware corporation,<br><br>By: /s/ _Michael Lifrak_____<br>Michael T. Lifrak<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa St., 10th floor<br>Los Angeles, CA 90017<br>Tel: 213-443-3000<br>Fax: 213-443-3100<br>*Attorneys for all Defendants* |